**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN JUSTINE WIESNER,
                Appellant,

vs.

NEVADA ASSOCIATION SERVICES, INC.,
                Respondent.

No. 66327

**FILED**

FEB 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On December 10, 2014, this court issued a notice directing appellant to file a civil proper person appeal statement by January 20, 2015. To date, appellant has failed to comply with this court's notice. Accordingly, it appears that appellant has abandoned this appeal and we ORDER this appeal DISMISSED.[1]

_____ J.
Parraguirre

_____ , J.
Douglas

_____ , J.
Cherry

cc:    Hon. Douglas W. Herndon, District Judge
       DeAnn Justine Wiesner
       Law Offices of Richard Vilkin, P.C.
       Eighth District Court Clerk

_____

[1]All pending motions filed by appellant are denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04911